UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION
ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE

| TO: | Clerk of the Court | | DATE: | 06/21/2010 |
| | 21041 Burbank Blvd. | | CASE NO.: | 09-20724-KT |
| | Woodland Hills, CA  91367-1367 | | BAR DATE: | 05/03/2010 |
| | | | % TO UNSEC: | 11.00% |

**NOTICE OF INTENT TO PAY CLAIMS**

IN THE MATTER OF:    HUBERT PAZ & INGRID MADRID, 6352 BEEMAN AVE., NORTH HOLLYWOOD, CA  91606

NOTICE IS HEREBY GIVEN TO DEBTORS AND, IF ANY, COUNSEL FOR DEBTORS THAT THE TRUSTEE INTENDS TO PAY ALL CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS AN OBJECTION IS PROPERLY FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0000 | HUBERT PAZ | 6352 BEEMAN AVE. NORTH HOLLYWOOD, CA  91606 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0000 | LAW OFFICES ANTHONY O EGBASE | 800 WEST 1ST STREET, #400-10 LOS ANGELES, CA  90012 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0001 | COUNTRYWIDE HOME LENDING ACCT# 3780 | PO BOX 5170 SIMI VALLEY, CA  93062 | | $0.00 | $0.00 | 0.00 | OMITTED |
| 0002 | KINECTA FEDERAL CREDIT UNION ACCT# 6850 | PO BOX 91210 CITY OF INDUSTRY, CA  91715 | | $0.00 | $0.00 | 0.00 | OMITTED |
| 0003 | Kinecta FCU formerly Hughes Aircraft ACCT# L50 | 1440 Roscrans Ave POB 10003 Manhattan Beach, CA  90267-9935 | 10/22/2009 | MAY BE 2ND TD - MTA PENDING | $12,207.86 | 0.00 | UNSECURED |
| 0004 | KINECTA FEDERAL CREDIT UNION ACCT# 6851 | PO BOX 91210 CITY OF INDUSTRY, CA  91715 | | $0.00 | $0.00 | 0.00 | OMITTED |
| 0005 | Kinecta Federal Credit Union ACCT# L51 | Formerly Hughes Aircraft 1440 Roscrans Ave PO Box 10003 Manhattan Beach, CA  90267-9935 | 10/13/2009 | MAY BE 3RD TD - MTA PENDING | $48,194.36 | 0.00 | UNSECURED |
| 0006 | KINECTA FEDERAL CREDIT UNION ACCT# 6852 | PO BOX 91210 CITY OF INDUSTRY, CA  91715 | | $0.00 | $0.00 | 0.00 | OMITTED |
| 0007 | Kinecta FCU formerly Hughes Aircraft ACCT# L52 | 1440 Roscrans Ave POB 10003 Manhattan Beach, CA  90267-9935 | 10/22/2009 | MAY BE 3RD TD - MTA PENDING | $48,194.36 | 0.00 | UNSECURED |
| 0008 | KINECTA FEDERAL CREDIT UNION ACCT# 6853 | PO BOX 91210 CITY OF INDUSTRY, CA  91715 | | $0.00 | $0.00 | 0.00 | OMITTED |
| 0009 | Kinecta FCU formerly Hughes Aircraft ACCT# L53 | 1440 Roscrans Ave POB 10003 Manhattan Beach, CA  90267-9935 | 10/13/2009 | MAY BE TD - MTA PENDING | $48,194.36 | 0.00 | UNSECURED |
| 0010 | Toyota Motor Credit Co ACCT# 70400165439460001 | P.O. BOX 60114 City Of Industry, CA  91716 | | $0.00 | $0.00 | 0.00 | OMITTED |
| 0011 | Us Bank ACCT# 510937352 | Attn: Bankruptcy Dept. P.O. Box 5229 Cincinnati, OH  45201 | | $10,000.00 | $10,000.00 | 0.00 | SECURED |

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0012 | American Express Bank, FSB ACCT# 4001 | POB 3001 Malvern, PA 19355-0701 | 09/17/2009 | $4,837.00 | $5,075.72 | 0.00 | UNSECURED |
| 0013 | American Express ACCT# 5013 | c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0014 | PRA Receivables Management LLC As Agent Of ACCT# 9960 | Portfolio Recovery Associates LLC POB 12914 Norfolk, VA 23541 | 10/15/2009 | $11,685.00 | $11,872.06 | 0.00 | UNSECURED |
| 0015 | PRA Receivables Management LLC As Agent Of ACCT# 0940 | Portfolio Recovery Associates LLC POB 12914 Norfolk, VA 23541 | 11/03/2009 | $43,993.00 | $45,028.32 | 0.00 | UNSECURED |
| 0016 | PRA Receivables Management LLC As Agent Of ACCT# 7503 | Portfolio Recovery Associates LLC POB 12914 Norfolk, VA 23541 | 11/03/2009 | $6,762.00 | $6,960.02 | 0.00 | UNSECURED |
| 0017 | BAC / FLEET BANKCARD ACCT# 9043 | PO BOX 26012 GREENSBORO, NC 27420 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0018 | CENTRAL FIN ACCT# 191F | 5480 FERGUSORL DRIVE COMMERCE, CA 90022 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0019 | eCAST Settlement Corporation, assignee ACCT# 8359 | of Chase Bank USA, N.A. POB 35480 Newark, NJ 07193-5480 | 12/03/2009 | $19,536.00 | $20,079.75 | 0.00 | UNSECURED |
| 0020 | CR Evergreen, LLC ACCT# 6961 | MS 550 PO Box 91121 Seattle, WA 98111-9221 | 11/24/2009 | $17,012.00 | $17,490.19 | 0.00 | UNSECURED |
| 0021 | CR Evergreen, LLC ACCT# 3554 | MS 550 PO Box 91121 Seattle, WA 98111-9221 | 11/24/2009 | $5,618.00 | $5,802.45 | 0.00 | UNSECURED |
| 0022 | DEPARTMENT STORES NATIONAL BANK/MACY'S ACCT# 2258 | TSYS DEBT MGMT., INC. PO BOX 137 COLUMBUS, GA 31902-0137 | 09/08/2009 | $7,156.00 | $7,369.05 | 0.00 | UNSECURED |
| 0023 | Discover Bank / DFS Services LLC ACCT# 1503 | POB 3025 New Albany Ohio, 43054 | 08/21/2009 | $6,818.00 | $7,033.78 | 0.00 | UNSECURED |
| 0024 | PRA Receivables Management LLC As Agent Of ACCT# 2954 | Portfolio Recovery Associates LLC POB 12914 Norfolk, VA 23541 | 11/04/2009 | $2,965.00 | $3,004.00 | 0.00 | UNSECURED |
| 0025 | HSBC BANK NEVADA, N.A. ACCT# 0290 | BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD., SUITE #200 TUCSON, AZ 85712 | 12/09/2009 | $1,191.00 | $1,545.65 | 0.00 | UNSECURED |
| 0026 | HSBC Harlem Fur ACCT# 0154 | Attn Bankruptcy PO Box 15522 Wilmington, DE 19850 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0027 | DEPARTMENT STORES NATIONAL BANK/MACY'S ACCT# 6213 | TSYS DEBT MGMT., INC. PO BOX 137 COLUMBUS, GA 31902-0137 | 09/08/2009 | $803.00 | $860.62 | 0.00 | UNSECURED |
| 0028 | DEPARTMENT STORES NATIONAL BANK/MACY'S ACCT# 6153 | TSYS DEBT MGMT., INC. PO BOX 137 COLUMBUS, GA 31902-0137 | 09/08/2009 | $429.00 | $478.06 | 0.00 | UNSECURED |
| 0029 | PRA Receivables Management LLC As Agent Of ACCT# 9330 | Portfolio Recovery Associates LLC POB 12914 Norfolk, VA 23541 | 10/06/2009 | $14,876.00 | $15,147.21 | 0.00 | UNSECURED |
| 0030 | HSBC BANK NEVADA, N.A. ACCT# 0154 | BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD., SUITE #200 TUCSON, AZ 85712 | 12/09/2009 | MAY BE | $1,856.24 | 0.00 | UNSECURED |

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

| | | |
|---|---|---|
| TOTAL PRIORITY: | $0.00 | |
| TOTAL SECURED: | $10,000.00 | |
| TOTAL UNSECURED: | $306,394.06 | |

**\* \* \* EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY \* \* \***

| | | | |
|---|---|---|---|
| 0003 | Kinecta FCU formerly Hughes Aircraft ACCT# L50 | 1440 Roscrans Ave POB 10003 Manhattan Beach, CA 90267-9935 | MAY BE 2ND TD - MTA PENDING |
| 0005 | Kinecta Federal Credit Union ACCT# L51 | Formerly Hughes Aircraft 1440 Roscrans Ave PO Box 10003 Manhattan Beach, CA 90267-9935 | MAY BE 3RD TD - MTA PENDING |
| 0007 | Kinecta FCU formerly Hughes Aircraft ACCT# L52 | 1440 Roscrans Ave POB 10003 Manhattan Beach, CA 90267-9935 | MAY BE 3RD TD - MTA PENDING |
| 0009 | Kinecta FCU formerly Hughes Aircraft ACCT# L53 | 1440 Roscrans Ave POB 10003 Manhattan Beach, CA 90267-9935 | MAY BE TD - MTA PENDING |
| 0013 | American Express ACCT# 5013 | c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | NO CLAIM FILED |
| 0017 | BAC / FLEET BANKCARD ACCT# 9043 | PO BOX 26012 GREENSBORO, NC 27420 | NO CLAIM FILED |
| 0018 | CENTRAL FIN ACCT# 191F | 5480 FERGUSORL DRIVE COMMERCE, CA 90022 | NO CLAIM FILED |
| 0026 | HSBC Harlem Fur ACCT# 0154 | Attn Bankruptcy PO Box 15522 Wilmington, DE 19850 | NO CLAIM FILED |
| 0030 | HSBC BANK NEVADA, N.A. ACCT# 0154 | BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD., SUITE #200 TUCSON, AZ 85712 | MAY BE |

DATED: June 22, 2010

_Elizabeth J Rojas_

Elizabeth Rojas, Trustee

NOTICE OF INTENT TO PAY CLAIMS -  CONTINUED

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA  91403, and that on June 22, 2010, I mailed and/or electronic copies were served to:


HUBERT PAZ
INGRID MADRID
6352 BEEMAN AVE.
NORTH HOLLYWOOD, CA  91606

LAW OFFICES ANTHONY O EGBASE
800 WEST 1ST STREET, #400-10
LOS ANGELES, CA  90012

Clerk of the Court
21041 Burbank Blvd.
Woodland Hills, CA  91367-1367


Executed at Sherman Oaks, California on June 21, 2010.

_____

Ellen Heery
Claims Administrator